Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | Kendall | Sitting Judge If Other Than Assigned Judge | Cole |
|---|---|---|---|
| CASE NUMBER | 08 GJ 0094 | DATE | FEBRUARY 27, 2008 |
| CASE TITLE | US v. STEVE WALTOWER | | 08CR 0186 |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

FILED
FEB 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry:

TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITOUTH BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. DEFENDANT IS CURRENTLY IN STATE CUSTODY.

SIGNATURE OF JUDGE          (ONLY IF FILED
OR MAGISTRATE JUDGE         UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #