# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Steven Waltower | | |

**DOCKET ENTRY TEXT**

Arraignment set for 2/29/08 at 1:30 PM before Judge Virginia M. Kendall as to defendant Steven Waltower.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|