Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 | **DATE** | February 29, 2008 |
| **CASE TITLE** | USA v. Steven Waltower | | |

**DOCKET ENTRY TEXT**

Arraignment held. Attorney Ronald Clark enters an appearance as appointed counsel on behalf of the Defendant. Defendant enters plea of not guilty to the 3-Count Indictment filed 2/27/2008. The Government's oral motion to detain Defendant is granted. Defendant remanded to Federal custody. Detention hearing set for 3/3/2008 at 1:30 PM. Defendant not objecting, time is excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(i) in the interest of justice from 2/29/2008 through and including 3/3/2008.

(X - T)

Notices mailed by Judicial staff.

00:15



| | Courtroom Deputy Initials: | KW |
|---|---|---|