# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 | **DATE** | 3/3/2008 |
| **CASE TITLE** | USA vs. Steven Waltower | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Judge Kendall recuses herself for reasons stated on the record. Defendant is ordered remanded to federal custody without prejudice to Defendant's right to move at a later date for release on conditions. Defendant not objecting, time is ordered excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(i) through and including 3/10/2008 in the interest of justice.          (X - T1)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | KW |
|---|---|---|