# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08  CR 186- 1 | **DATE** | 03/17/2008 |
| **CASE TITLE** | USA vs. Steven Waltower | | |

**DOCKET ENTRY TEXT:**

Status hearing held on 3/17/2008.  Defendant appeared with counsel.  Local  Criminal Rule 16.1 to be tendered by 03/24/2008.  The defendant is given to 4/07/2008 to file  motions; Responses  by the Government to be filed by 4/17/2008.  Hearing on any motion and  Status hearing set  for April 18, 2008 at 9:30 a.m.    Defendant remanded to the custody of the U.S. Marshal.        Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 4/18/2008  (X-T).

Court time - 5  mins.                                                                   Docketing to mail notices.

| | Courtroom Deputy | PAMF |
|---|---|---|