From: Stephen T. Waltower
Case Number: 08 CR 0186
        08 CR 0186

**FILED**
APR 10 2008
Apr 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date 04-03-08
Time 3:30 PM

To:
   The Honorable David H. Coar

Hi, How are you doing your honor? My name is Stephen T. Waltower. With all due respect to yourself and the United States court I am writing you a letter regarding a Detention hearing.

Furthermore, I am charged with a violation of U.S.C. 18 922(G)1, U.S.C. 18, 924 C(1)(A) and 841(a)(1). all punishable by a term of imprisonment exceeding one year. I am in the custody of the united States Marshalls, and currently being housed at the Jerome Combs Detention center located on 400 East Merchant Street in Kankakee, Illinios 60901.

How ever, my family is a low income family and are less fortunate than most. Therefore they're unable to make the trip to come and visit me. I currently reside at my aunti's house Roberta McCalabe on 4834 W Fulton Street in Chicago IL 60644. Your honor, most of my family is scatter out through out the Chicago land. Many who will help if they could, but most of my family dosen't own the Rent so I am less fortunate to be an individual who can post any property.

With all due respect your honor, I come from a Broken family. My mother and father married seperatly. My father was never around and he's currently incarsirated. My mother is on parole and maintains a part-time job and appears in court on my behalf when she can.

I have a step-sister Keyanna, my dads daughter. My mother and father has a older daughter Shekena. Now deceased. She's been deceased sense 1996 at the age of 14teen.

Your honor I have two children of my own Stephen T. waltower J.R. he will be approachin 5 years in 3 months. I have a 12 month old daughter, Sariyah Shekena waltower who previously had her First Birthday April 3, 2008.

Your honor I know that I have a case being tried by the assistant united states attorney and I am well aware of the consequences if I am convicted of the allegations of my counts. I have been incarsirated sence october 8, 2007 which I was in state custody for the allegations of the same charges that I'm being charged in the federal courts. So I've been incarsirated for a total of six months. I had an unreachable bond from the state which my family could not reach so I couldn't afford the state bail which was 75,000 (7,500) cash.

Your honor, I need to support my kids and help my auntie with the bills, also, to show more ethic skills for as being a parent to my children. I really need help. I would like to get into a parenting class, get help with my drug and alcohol addiction, and get a job. Furthermore, I want to raise my children to be smart and inteleyent, unlike how I came up. My father wasn't in my life. I would like to be a mentor to my son to lead him in a positive direction, which would prepare him to be a real man, one who provides for a family and become an asset to his or her community.

To sum my letter up, your honor, with all due respect to yourself and the court, I would like to ask that you take the things in my letter in consideration do to me willing to change my life to positivity, provide for my children, become an asset to my community, and get the best help with my addiction problem. My family dosent have any property and is a low income family so I humbly ask for a chance to receive home detention inorder to maintain a job and provide for my yong.

Even if you choose not to take my letter in consideration if it doesnt bind your job givde lines. Could you please refere me to a facility

That provides, parenting and treatment programs. Because, I am willing to change my life. I just need the professional help which I can't afford. Thank your for taking the time to Read this letter and atleast understand my situation. Thanx!

Stephen T. Walltower

Date April 03 2008

Gloria Lochner
4-4-08

OFFICIAL SEAL
GLORIA LOCHNER
Notary Public - State of Illinois
My Commission Expires Dec. 28, 2009