IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 186 |
| v. | ) |
| | ) Judge David Coar |
| STEPHEN WALTOWER, Defendant. | ) |

### DEFENDANT STEPHEN WALTOWER'S MOTION TO BE ADMITTED TO HOME DETENTION OTHERWISE KNOWN AS HOUSE ARREST AS OPPOSED TO DETENTION IN JAIL PENDING TRIAL

The Defendant, by his Court appointed attorney, Ronald J. Clark, hereby, moves this Honorable Court to order the Defendant released on house arrest or home detention as opposed to being detained in jail pending the trial of his case. In support of this motion, the Defendant states:

1. He is a defendant cloaked in the presumption of innocence and thus, is at this time innocent of the charges against him. He has not had a formal detention hearing because a custodian for him could not be located. Judge Kendall, the previous Judge in this case, therefore, ordered him detained.

2. The Defendant's cousin, Latonia Norwood is willing to act as third party custodian of the Defendant at this time. Previously she informed pretrial that she may not have space for him, but she does and desires that the Court consider releasing him to her custody.

3. Ms. Norwood is a lifelong resident of Chicago and is part of Mr. Waltower's family which is also based in Chicago.

4. Mr. Waltower is a lifelong resident of the City of Chicago and the State of Illinois.

5. Currently, the Defendant is incarcerated in Kankakee, Illinois, and it is difficult for him to communicate with his counsel and his family. If the Defendant were to be on home detention, he would be free to consult with his lawyer in his office. He would also be with his family.

6. The Defendant and his family are poor. They have no real property and could not post the bond that was necessary for bail when this case was a State Court matter. The family was however, in the process of raising it.

The Defendant respectfully requests that this Honorable Court enter an Order admitting him to pretrial home detention, otherwise known as house arrest.

Respectfully submitted,

s/Ronald J. Clark
Ronald J. Clark, Attorney for Defendant


Ronald J. Clark
Attorney for Stephen Waltower
820 West Jackson Blvd
Suite 300
Chicago, Illinois 60604
312-307-0061