IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No. 08 CR 186 |
| v. | ) |
| | ) Judge David Coar |
| **STEPHEN WALTOWER, Defendant.** | ) |

**DEFENDANT STEPHEN WALTOWER'S MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS THE ITEMS SEIZED IN THE SEARCH OF THE APARTMENT AT 161 N. LAMON, CHICAGO, ILLINOIS, ON SEPTEMBER 7, 2007, AND FOR TIME TO FILE OTHER MOTIONS**

The defendant, by his Court appointed attorney, Ronald J. Clark, hereby, moves this Honorable Court for an Order granting leave to file the Motion to Suppress the items of the search of an apartment and for further time to file a motion to suppress alleged statements and other motions. In support of this motion, counsel states that he has been under a heavy workload for the last four weeks preparing four (4) cases for trial and one for an extensive plea. Counsel also did not receive the discovery in this case until approximately a little over a week ago, though this may not have been the fault of the Government. Counsel respectfully requests leave to file the Motion to Suppress physical evidence an additional time to file the motion to suppress statements. The Defendant is housed in Kankakee, Illinois, and it has been difficult to communicate and visit with the defendant.

Respectfully submitted,

s/Ronald J. Clark,_____
Ronald J. Clark, Attorney for Defendant

820 West Jackson Blvd., Suite 300
Chicago, Illinois 60604
312-307-0061