IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 186 |
| v. | ) |
| | ) Judge David Coar |
| STEPHEN WALTOWER, Defendant. | ) |

### DEFENDANT STEPHEN WALTOWER'S MOTION TO SUPPRESS AS EVIDENCE THE ITEMS SEIZED IN THE SEARCH OF THE APARTMENT AT 161 N. LAMON, CHICAGO, ILLINOIS, ON SEPTEMBER 7, 2007

The defendant, by his Court appointed attorney, Ronald J. Clark, hereby, moves this Honorable Court for an order suppressing and prohibiting the Government from using at trial the items seized in the Search by Chicago Police Officers of the apartment at 161 N. Lamon, Chicago, Illinois, on September 7, 2007. In support of this motion the Defendant states:

1. On September 7, 2007, Chicago Police officers, pursuant to a purported search warrant, raided and searched an apartment the Government contends was the residence of the Defendant and seized a number of items. Among those items were money, drugs, a firearm and so-called "proof of residence."

2. The items seized by the Chicago Police form the basis of the charges in this case. The Defendant was not in the apartment at the time of the search.

3. The Complaint for search warrant was deficient and thus the warrant issued pursuant to it by a Judge of the Circuit Court of Cook County was invalid. The Complaint contends that the probable cause for the search was obtained from an unnamed informant. The Complaint, however, fails to allege that the informant had given any information to the Chicago Police in the past or that he was reliable. No reasonable

inference of reliability can be inferred from the facts alleged in the Complaint. Simply showing the informant a picture of the apartment building and of the Defendant and having him confirm that that is the person who he saw with a gun and that is the place he saw him is woefully deficient. This does not meet the test of corroboration. The search of the apartment was unreasonable and in violation of the Constitution of the United States.

4. A copy of the Complaint for Search Warrant and the Search Warrant will be provided to the Court.

      Respectfully submitted,

      s/Ronald J. Clark
      Ronald J. Clark, Attorney for Defendant

Ronald J. Clark
Attorney for Stephen Waltower
820 West Jackson Blvd
Suite 300
Chicago, Illinois 60604
312-307-0061