IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )  |
| | ) No. 08 CR 186 |
| v. | ) |
| | ) Judge David Coar |
| **STEPHEN WALTOWER, Defendant.** | ) |

### NOTICE OF FILING

To:   Renai S. Rodney, AUSA
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604

   Please take Notice that on **Wednesday, April 16, , 2008**, I filed Defendant Waltower's Motions to Suppress Evidence, electronically with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604.  A copy each  is herewith served upon you.

### CERTIFICATE OF SERVICE

   Ronald J. Clark, an attorney hereby certifies that he served a copy of this Notice and the Documents referred to therein to the person set out above on Wednesday, April 16, 2008, by electronic filing.

                                             Respectively submitted,

                                             s/Ronald J. Clark
                                             Ronald J. Clark
                                             Attorney for Defendant

Ronald J. Clark
Attorney for Defendant Stephen Waltower
820 West Jackson Blvd.
Suite 300
Chicago, Illinois 60607
312-307-0061