**0 8CR    186    FILED**

APR 1 6 2008  T.C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN WALTOWER | ) No. 08 CR 186<br>) Violations: Title 18, United States<br>) Code Sections 922(g)(1) and<br>) 924(c)(1)(A); Title 21 United States<br>) Code, Section 841(a)(1).<br>)<br>) Judge Coar  **MAGISTRATE JUDGE COLE**<br>)<br>) **Superseding Indictment** |

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about September 7, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN WALTOWER,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, more than 50 grams of mixtures containing cocaine base in the form of "crack cocaine," a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 7, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN WALTOWER,

defendant herein, knowingly possessed a firearm, namely, a Glock 19, 9-millimeter caliber pistol, bearing the serial number GHP572, loaded with nine rounds of 9-millimeter caliber bullets, during and in relation to the commission of a drug trafficking crime, that is a violation of Title 21 United States Code Section 841(a)(1), as charged in Count One of this indictment, which crime may be prosecuted in a court of the United States, and in furtherance of that drug trafficking crime possessed said firearm;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about September 7, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

STEVEN WALTOWER,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, a firearm, namely, a Glock 19, 9-millimeter caliber pistol, bearing the serial number GHP572, loaded with nine rounds of 9-millimeter caliber bullets, and which firearm was in and affecting commerce in that it had traveled in interstate commerce before coming into defendant's possession;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations of Counts Two and Three of this Indictment are realleged and incorporated here by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1) and 924(c)(1)(A), as alleged in Counts Two and Three of the foregoing Indictment,

STEVEN WALTOWER,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title and interest he may have in any property involved in the charged offenses.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) includes, but is not limited to, a Glock 19, 9-millimeter caliber pistol, bearing the serial number GHP572, nine rounds of 9-millimeter ammunition, and $640.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
UNITED STATES ATTORNEY