

FELONY

**FILED** **08CR 186**

APR 16 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE COAR

MAGISTRATE JUDGE COLE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   **YES X**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   **08 CR 186, U.S. v. STEVEN WALTOWER,    JUDGE COAR**

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   **NO X**   YES ☐

8) Does this indictment or information include a conspiracy count?   **NO X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ....... (II) | **X** DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery ......... (II) | ☐ Other Fraud ......... (III) | ☐ Immigration Laws ..... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ......... (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ..... (IV) |
   | ☐ Assault .............. (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act ..... (IV) |
   | ☐ Burglary ............. (IV) | ☐ Counterfeiting ........ (III) | ☐ Selective Service Act ... (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ........ (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ..... (III) | ☐ Other Federal Statutes ... (III) |
   | ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ...... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    ....... 21 U.S.C. §841(a)(1)
    ....... 18 U.S.C. §924(c)(1)(A)
    ....... 18 U.S.C. §922(g)(1)

_____ FOR RENAI RODNEY
Renai Rodney
Renai Rodney
Assistant United States Attorney

(Revised 12/99)