Minute Order Form (rev. 4/99)

08 GJ 94

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 186 | DATE | APRIL 16, 2008 |
| CASE TITLE | US v. STEVEN WALTOWER | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge   _Maria Valdez_

Docket Entry:

DETENTION ORDER PREVIOUSLY ISSUED IN 08 CR 186 TO STAND.

**08CR 186**

**JUDGE COAR**

**MAGISTRATE JUDGE COLE**

**FILED**

APR 1 6 2008   TC

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____   (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Date mailed notice | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | Mailing dpty. initials | |