# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 - 1 | **DATE** | 4/18/2008 |
| **CASE TITLE** | USA vs. Stephen Waltower | | |

**DOCKET ENTRY TEXT**

Document # 13 is terminated. There being 4 separate items in document # 13, the Clerk's Office is given permission to file (as of 4/16/2008) and docket each motion and the notice of filing as separate documents.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|