IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 186 |
| v. | ) | |
| | ) | Judge David Coar |
| STEPHEN WALTOWER, Defendant. | ) | |

FILED
4-16-08
APR 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DEFENDANT STEPHEN WALTOWER'S MOTION TO COMPEL THE GOVERNMENT TO PRODUCE THE ITEMS SEIZED IN THE SEARCH OF THE APARTMENT AT 161 N. LAMON, CHICAGO, ILLINOIS

The defendant, by his Court appointed attorney, Ronald J. Clark, hereby, moves this Honorable Court to Order the Government to produce the items seized in the Search by Chicago Police Officers of the apartment located at 161 N. Lamon, Chicago, Illinois, on September 7, 2007. In support of this motion the Defendant states:

1. On September 7, 2007, Chicago Police officers raided and searched an apartment the Government contends was the residence of the Defendant and seized a number of items. Among those items were money, drugs, a firearm and so-called "proof of residence."

2. While Counsel does not expect the Court to order the Government to turn over some of the items, the "proof of residence" should be copied and supplied to counsel. It was not. Counsel further respectfully requests the opportunity to inspect the other items seized at a mutually agreeable time and place.

Respectfully submitted,

s/Ronald J. Clark,
Ronald J. Clark, Attorney for Defendant

820 West Jackson Blvd., Suite 300
Chicago, Illinois 60604
312-307-0061