IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) No. 08 CR 186 | |
| v. ) | |
| ) Judge David Coar | |
| STEPHEN WALTOWER, Defendant. ) | |

### NOTICE OF FILING

To:   Renai S. Rodney, AUSA
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604

Please take Notice that on **Wednesday, April 16, , 2008**, I filed Defendant Waltower's Motions to Suppress Physical Evidence, Motion for Release on Home Confinement, Motion to Compel Production, Motion for Leave to File Motions and Extension of Time for Filing Motions to be heard on April 18, 2008, electronically with the Clerk of the United States district Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604. A copy each is herewith served upon you.

### CERTIFICATE OF SERVICE

Ronald J. Clark, an attorney hereby certifies that he served a copy of this Notice and the Documents referred to therein to the person set out above on Wednesday, April 16, 2008, by electronic filing.

                                        Respectively submitted,

                                        s/Ronald J. Clark
                                        Ronald J. Clark
                                        Attorney for Defendant

Ronald J. Clark
Attorney for Defendant Stephen Waltower
820 West Jackson Blvd.
Suite 300
Chicago, Illinois 60607
312-307-0061