# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 - 1 | **DATE** | 4/18/2008 |
| **CASE TITLE** | USA vs. Steven Waltower | | |

**DOCKET ENTRY TEXT:**

Status hearing held on 4/18/2008.  Arraignment and Plea held on the superseding indictment on 4/18/2008.  Defendant enters a plea of not guilty to the superseding indictment.   Joint oral motion to correct spelling of defendant's name and to correct docket  is granted.  The spelling of the defendant's first name is "STEPHEN", the Clerks office is directed to correct the spellling on the doket and caption.  All future filings  shall contain the correct spelling.   Status hearing continued to 5/1/2008 at 9:30 a.m.    Pursuant to 18:3161(h)(8)(A)(B), (h)(1)(F)  time is excluded through and including 5/1/2008.  (X-T & XE)

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|