# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA
                                   Plaintiff,

v.                                                              Case No.: 1:08−cr−00186
                                                            Honorable David H. Coar

Stephen Waltower
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

    MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 4/18/2008 regarding motion to suppress [14], motion for leave to, motion for extension of time [22], motion for detention [20], motion to compel [21]. MOTION [22] by Steven Waltower for extension of time and for leave to file motion is granted. The defendant is given leave to file additional motions by 4/30/2008. The government is given to 4/25/2008 to file a response to the current motion to suppress. The MOTION [14] by Steven Waltower to suppress is set for status hearing 5/2/2008 at 9:30 a.m. MOTION [21] by Steven Waltower to compel the government to produce the items seized in the search of the apartment at 161 N. Lamon, Chicago, Illinois is continued to 5/2/2008 at 9:30 for status hearing. MOTION [20]by Steven Waltower to be admitted to home detention otherwise known as house arrest as opposed to detention in jail pending trial is set for hearing 4/25/2008 at 9:30 a.m. Motion Hearing set for 4/25/2008 at 09:30 AM. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.