UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  ) <br> v.  ) <br>  ) <br> STEPHEN WALTOWER ) | No.  08 CR 186 <br><br> Judge David H. Coar |

NOTICE OF FILING

PLEASE TAKE NOTICE that on April 25, 2008, the undersigned caused to be filed with the Clerk of this Court GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS, service of the notice is being made upon you.

PATRICK J. FITZGERALD
United States Attorney

By: s/ Renai S. Rodney
Renai S. Rodney
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4064

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

NOTICE OF FILING OF GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO SUPPRESS

was served April 25, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/ Renai S. Rodney
RENAI S. RODNEY
Assistant United States Attorney
219 S. Dearborn St.- 5th Floor
Chicago, IL 60604
312-353-4064