# EXHIBIT A

Case 1:08-cr-00186    Document 26-3    Filed 04/25/2008    Page 1 of 4

Παγε 1 οφ 1
(3-81) CCMC-1-220

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois to all peace officers of the state

# SEARCH WARRANT

On this day, P.O. David Greenwood #15128, Chicago Police Department, Project Safe Neighborhoods Gun Team, and John Doe Complainant has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

### I therefore command that you search:

Waltower, Stephen. M/1/24 5'08", 160 lbs., DOB 13 Feb 83. IR #1280695

### and the premises:

161 N. Lamon
First Floor Apartment and Basement
Chicago, Il. County of Cook

### and seize the following instruments, articles and things:

(1) Black 9mm handgun, any ammunition, and any documents showing residency,

### which have been used in the commission of, or which constitute evidence of the offense of:

UUW by felon 720ILCS 5/24-1.1

I further command that a return of anything so seized shall be made without necessary delay before me or before:

Judge  *[signed] Nick Fox*     or before any court of competent jurisdiction.

*[signed] N Fox*
JUDGE                1706
                    Judge's No.

Date and time of issuance:  9/6/07 @ 6:18pm

*[margin notation, left side, vertical]* RSA Natalie Howz 07 SW 6420 Approved 17:10hrs 9-6-07

*[bottom left]* Lt JL Marsh 189
06SEP07 1640 HRS.

08 CR 186                                    1

| [Court Branch] | [Court Date] |
|---|---|
| COURT BRANCH | COURT DATE |

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219

STATE OF ILLINOIS                                    THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

## COMPLAINT FOR SEARCH WARRANT

I, P.O. David Greenwood #15128, Chicago Police Department, Project Safe Neighborhoods Task Force; and John Doe, complainant, now appear before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search:

Waltower, Stephen. M/1/24 5'08", 160 lbs., DOB 13 Feb 83. IR #1280695

**and the premises:**
161 N. Lamon
First Floor Apartment and Basement
Chicago, Il. County of Cook

**and seize the following instruments, articles and things:**

(1) Black 9mm handgun, any ammunition, and any documents showing residency,

**which have been used in the commission of, or which constitute evidence of the offense of:**

UUW by felon 720ILCS 5/24-1.1

**Complainant says that he has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located upon the person and premises set forth above:**

I, P.O. David Greenwood #15128, am a Chicago Police Officer assigned to the Project Safe Neighborhoods joint federal task force. I have been a police officer for eight years. I have made over sixty arrests for weapons violations, many that have led to felony convictions.

On 06 September 2007, I met an individual, that for the sake of personal safety, I will refer to that individual as John Doe. John Doe then stated to me that on 03 September 2007, John Doe met with an individual. The individual being a male black, 5'08", 160 lbs, and known to John Doe as "Skeet". I then utilized the Chicago Police Departments Data Warehouse to generate an IR picture of Stephen Waltower (IR#1280695). John Doe identified the photo as the same "Skeet" that he had met on 03 September 2007. A criminal history check of Stephen Waltower under IR #1280695 revealed a felony conviction for Possession of a Controlled Substance under #05CR2189101 with a sentence of Boot Camp.

Subscribed and sworn to before me on 9/6/07 @ 6:18 PM

COMPLAINANT   15128

JUDGE                        Judge's No.

(handwritten margin notes: ASA Natalie Howse 07 SW 6420 Approved 17:10hrs 9-6-07)

08 CR 186                                              2

| [Court Branch] | [Court Date] | Παγε 2 οφ 2 |
|---|---|---|
| COURT BRANCH | COURT DATE | |

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(3-81) CCMC-1-219

STATE OF ILLINOIS  
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## COMPLAINT FOR SEARCH WARRANT

John Doe stated that John Doe met with Stephen Waltower on 03 September 2007 at 161 N. Lamon. John Doe describes the residence as a brick 2-flat building. John Doe states that John Doe met Stephen Waltower at the front door and was led into a bedroom in the basement. According to John Doe, the basement and first floor apartment are connected and it is in fact one apartment. Stephen Waltower walked into the bedroom and returned with a black semi-automatic handgun. John Doe states the weapon has an extended magazine to hold additional 9mm rounds. John Doe states that Stephen Waltower related that the weapon was for protection. After showing John Doe the handgun, Stephen Waltower then returned the handgun back into the bedroom. After visiting with Stephen Waltower, John Doe made contact with myself and other members of the Project Safe Neighborhoods Team.

Utilizing the Cook County Assessors website I generated a photograph of 161 N. Lamon. On 06 September 2007 John Doe identified the photograph as the same residence where Stephen Waltower showed John Doe the handgun while in the basement.

Based on this information, provided by John Doe and my experience as a Chicago police officer I, P.O. David Greenwood #15128 request that a search warrant be authorized for the person known as Stephen Waltower, a male black, 24 years of age, 5'08" 160 lbs. IR #1280695 and, for the first floor apartment and basement located at 161 N. Lamon, City of Chicago, County of Cook, Illinois to recover (1) black 9mm handgun, ammunition, and any documents showing residency.

*[left margin handwritten: ASA Natali ethowx  07 SW 6420 Approved 17:10hrs 9-6-07]*

Subscribed and sworn to before me on  9/6/07 @ 6:18AM

_____ COMPLAINANT

_____ JUDGE   Judge's No.

*[bottom left handwritten: 189   06SEP07 1640 HRS]*

08 CR 186

3