UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                   Case No.: 1:08−cr−00186
                                                          Honorable David H. Coar

Stephen Waltower

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before Judge Honorable David H. Coar : Motion hearing held on 4/25/2008 regarding motion for detention [20]. MOTION by Steven Waltower to be admitted to home detention otherwise known as house arrest as opposed to detention in jail pending trial [20] is continued to 5/2/2008 at 9:30 a.m. ( Motion Hearing set for 5/2/2008 at 09:30 AM.) Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.