## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 - 1 | **DATE** | 5/2/2008 |
| **CASE TITLE** | U.S.A. vs. Stephen Waltower | | |

**DOCKET ENTRY TEXT**

(Defendant Stephen Waltower only). Status hearing held on 5/2/2008. Defendant's Motion to be admitted to home detention otherwise known as house arrest as opposed to detention pending trial [20] is granted as stated in open court. Defendant released on bond. Defendant's motion to compel the government to produce the items seized in the search of the apartment at 161 N. Lamon, Chicago, Illinois [21] is moot by agreement of the parties. Defendant's motion to suppress [14] is continued. The government filed a response to the motion on 4/25/2008. Defendant to file a reply by 5/19/2008. Hearing on the motion to suppress set for 5/22/2008 at 10:00 a.m. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 5/22/2008. (X-E).

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SB |
|---|---|---|