UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 186 |
| | ) | Judge David H. Coar |
| STEPHEN WALTOWER | ) | |

**INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE
RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 841(a)(1) charged in Count One of the Superseding Indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on one of the following convictions for a felony drug offense which became final prior to the commission of the offense charged in Count One of the Superseding Indictment:

(i)   On or about March 14, 2000, in the Circuit Court of Cook County, Illinois, defendant STEPHEN WALTOWER was convicted of manufacturing/delivering cocaine, in violation of Chapter 720, Illinois Compiled Statutes, Section 570/401(c)(2), and sentenced to 30 months' probation.

(ii)   On or about September 13, 2004, in the Circuit Court of Cook County, Illinois,

defendant STEPHEN WALTOWER was convicted of manufacturing/delivering controlled substances, in violation of Chapter 720, Illinois Compiled Statutes, Section 570/401(d), and sentenced to 3 years' imprisonment.

(iii)    On or about October 4, 2005, in the Circuit Court of Cook County, Illinois, defendant STEPHEN WALTOWER was convicted of manufacturing/delivering controlled substances, in violation of Chapter 720, Illinois Compiled Statutes, Section 570/401(d), and sentenced to boot camp.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and thus the sentence upon his conviction for the offense under Title 21, United States Code, Section 841(a)(1) charged in Count One of the Superseding Indictment in this case shall include a term of imprisonment of not less than 20 years and not more than life, a fine not to exceed $8,000,000, and a term of supervised release of not less than 10 years up to and including any number of years, pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii).

    Respectfully submitted.
    PATRICK J. FITZGERALD
    United States Attorney

By:   s/ Renai S. Rodney
    RENAI S. RODNEY
    Assistant United States Attorney
    219 South Dearborn Street - 5th Floor
    Chicago, Illinois 60604
    (312) 353-4064

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that the following document:

**INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT**

was served May 22, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

                                                              By: s/ Renai S. Rodney
                                                                  RENAI S. RODNEY
                                                                  Assistant United States Attorney
                                                                  219 S. Dearborn St.- 5th Floor
                                                                  Chicago, IL 60604
                                                                  312-353-4064