Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 - 1 | **DATE** | 5/29/2008 |
| **CASE TITLE** | U.S.A. vs. STEPHEN WALTOWER | | |

**DOCKET ENTRY TEXT**

The defendant is given permission to attend the graduation ceremonies as indicated in the attached order. ENTER AGREED ORDER MODIFYING DEFENDANT'S HOME CONFINEMENT TO ALLOW HIM TO ATTEND A GRADUATION ON JUNE 1, 2008 AND ON JUNE 13, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|