

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 186 |
| v. | ) |
| | ) Judge David H. Coar |
| STEPHEN WALTOWER | ) |

### AGREED ORDER MODIFYING DEFENDANT'S HOME CONFINEMENT TO ALLOW HIM TO ATTEND A GRADUATION ON JUNE 1, 2008 AND ON JUNE 13, 2008

This matter having come on before me on motion of the Defendant Stephen Waltower to modify the conditions of his pretrial home detention to permit him to attend the graduations of his sister, Keana Norwood, from High School, and of his son Stephen Jr. from Kindergarten, and it having been represented that the Government (AUSA Renai Rodney) and Pre Trial Services (Officer Tony Reyes) have no objection, IT IS HEREBY ORDERED that the conditions of the defendant's home detention are modified and the Defendant is permitted to attend (1) the graduation of his sister Keana Norwood from Providence St. Mel High School, 119 S. Central Park in Chicago from 1:00 to 6:00 PM on June 1, 2008, and (2) the graduation of his son Stephen Waltower Jr. from the It Takes a Village Kindergarten (Tel. 773-276-1730) in Chicago from 1:00 to 5:00 PM on June 13, 2008. This Order is subject to any other reasonable restrictions and requirements that Pre Trial Services may impose.

ENTER: _____
District Court Judge David H. Coar

DATED: May 29, 2008

Prepared by:

Ronald J. Clark
Attorney for Stephen Waltower
820 W. Jackson Blvd
Suite 300
Chicago, Illinois 60607
312-307-0061