Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. Stephen Waltower | | |

**DOCKET ENTRY TEXT**

Enter revised "Agreed order modifying defendant's home confinement to allow him to attend graduation of his son on June 14, 2008 and to allow him to go to Family Court in Chicago on June 13, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|