IN THE UNITED STATES DISTRICT COURT FORJ THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 08 CR 186 |
| v. | ) | Judge David H. Coar |
| | ) | |
| | ) | |
| STEPHEN WALTOWER | ) | |

### AGREED ORDER MODIFYING DEFENDANT'S HOME CONFINEMENT TO ALLOW HIM TO ATTEND GRADUATION OF HIS SON ON JUNE 14, 2008 AND TO ALLOW HIM TO GO TO FAMILY COURT IN CHICAGO ON JUNE 13, 2008

This matter having come before me on the motion of the Defendant Stephen Waltower to modify the conditions of his pretrial home detention to permit him to attend the graduation of his son Stephen Jr. from Kindergarten on Saturday June 14, 2008, and the Court having already entered an order granting such relief but for June 13, and it having been represented that the earlier application was in error as to the date of the graduation and the Government and Pre Trial Services having no objection, the previous order granting permission is hereby amended to allow the Defendant to attend the graduation to be held at the Lawndale Academy, 3500 W. Douglas in Chicago from Noon to 5:00 PM.

Defendant has also moved to be allowed to go to the Family Court of the Circuit Court of Cook County in downtown Chicago for the purposes of attending personal business relating to the Circuit Court ordering visitation with the Defendant's son. The Court being advised that the Government and Pre Trial Services have no objection, it is ordered that the Defendant is permitted to go to downtown Chicago to attend this personal business from 9:00 AM to 2:00 on Friday, June 13, 2008.

ENTER: _____David H. Coar_____
District Court Judge David H. Coar

DATED: __JUN 12 2008__

Prepared by:
Ronald J. Clark
Attorney for Stephen Waltower
820 W. Jackson Blvd.
Suite 300\
Chicago, Illinois 60607
312-307-0061