## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 186 -1 | **DATE** | 7/15/2008 |
| **CASE TITLE** | United States of America vs. Steven Waltower | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/15/2008    The defendant is given leave to file a memorandum regarding the Motion to Suppress [14] by 7/22/2008; the Government shall file a reply to the defendant's memorandum by 7/30/2008.   Status hearing and status hearing regarding the motion to suppress [14] set for 8/1/2008 at 09:30 A.M.   Pursuant to 18:3161(h)(8)(A)(B) and (h)(1)(F),   time is excluded through and including 8/1/2008   (X-T & X-E) .

**Docketing to mail notices.**

00:06

| | **Courtroom Deputy** | **PAMF** |
|---|---|---|

Case 1:08-cr-00186    Document 39    Filed 07/15/2008    Page 1 of 1

08  CR 186- 1  United States of America vs. Waltower                                                                                       Page 1 of 1