IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 186 |
| v. | ) |
| | ) Judge David Coar |
| STEPHEN WALTOWER, Defendant. | ) |

NOTICE OF FILING

To:   Renai S. Rodney
      Assistant United States Attorney
      219 South Dearborn Street
      5th Floor
      Chicago, Illinois 60604

Please take Notice that on Friday, July 25, 2008, I filed Defendant Waltower's Supplement to Motions to Suppress Physical Evidence, electronically with the Clerk of the United States district Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604.  A copy   is herewith served upon you.

CERTIFICATE OF SERVICE

    Ronald J. Clark, an attorney hereby certifies that he served a copy of this Notice and the Documents referred to therein to the person set out above on Friday, July 25, 2008, by electronic filing.

                                                       Respectively submitted,

                                                       Ronald J. Clark
                                                       Attorney for Defendant

Ronald J. Clark
Attorney for Defendant Stephen Waltower
820 West Jackson Blvd.
Suite 300
Chicago, Illinois 60607
312-307-0061