IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No. 08 CR 186 |
| v. | ) |
| | ) Judge David Coar |
| **STEPHEN WALTOWER, Defendant.** | ) |

### DEFENDANT STEPHEN WALTOWER'S MOTION TO MODIFY BOND TO SUBSTITUTE HOME CONFINEMENT FOR HOME DETENTION TO ALLOW THE DEFENDANT TO SEEK EMPLOYMENT AND TO HAVE SOME FLEXIBILITY TO ATTEND PERSONAL MATTERS

The defendant, by his Court appointed attorney, Ronald J. Clark, hereby, moves this Court to enter an order modifying the conditions of bond to remove the defendant from home detention and substituting home confinement. In support of this motion, the Defendant states:

1. The Defendant was indicted on February 27, 2008. Several days thereafter, on recommendation of Pretrial Services but over the objection of the Government, this Court permitted the Defendant to be released from detention in a jail facility into home detention. At that time, the Court stated that at that particular time it did not want the Defendant seeking employment but wanted him at home. Counsel believes that the Court was responding to the Government's expressed concerns over Defendant's association with other people.

2. Since that time, the Defendant has been in full compliance with all of the requirements of this Court and of Pretrial Services. On two occasions the Court permitted the Defendant to attend graduations of his sister and his young son respectively and to go to State Court to attend to a matter there concerning visitation with his young son which the mother was

denying. On all those occasions, the Defendant fully complied with the restrictions of the Court and the directions of Pretrial Services.

3. Currently, the Defendant has had some temporary job possibilities, but has been unable to take advantage of them. These jobs would enable him to help his aunt, with whom he is staying pursuant to this Court's bond, and to help his young son. In addition, he will need to go to Court from time to time to resolve the pending visitation petition. Converting his conditions of bond to home confinement from home detention would facilitate these matters with Pretrial Services, the Defendant and the Court. It would permit Pretrial Services to allow him flexible times to seek employment, work and to attend State Court.

4. The Defendant's Pretrial Officer, Mr. Alvarez, concurs in this request and feels that given his good experience with Mr. Waltower, the requested change would be both safe and appropriate and is deserved. If the Court has other concerns such as possible associations or contact with witnesses, those could be met with any conditions the Court sees fit to impose. There have been no reports of any contacts with witnesses or other inappropriate contacts.

**WHEREFORE**, The Defendant respectfully prays that the Court enter an order modifying the conditions of bond to substitute home detention for home incarceration and for such other relief or conditions as are reasonable and just.

Respectfully submitted,

s/Ronald J. Clark
Ronald J. Clark, Attorney for Defendant