IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No. 08 CR 186 |
| v. | ) |
| | ) Judge David Coar |
| **STEPHEN WALTOWER, Defendant.** | ) |

### NOTICE OF FILING

To:  Renai S. Rodney
     Assistant United States Attorney
     219 South Dearborn Street, 5th Floor
     Chicago, Illinois 60604

Please take Notice that on Tuesday, July 29, I filed Defendant Waltower's Motion for Modification of the Conditions of Pretrial Release which I will present at the upcoming status on Friday, August 1, 2008, at 9:30 AM electronically with the Clerk of the United States district Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604.  A copy each is herewith served upon you.

### CERTIFICATE OF SERVICE

Ronald J. Clark, an attorney hereby certifies that he served a copy of this Notice and the Documents referred to therein to the person set out above on Tuesday July 29, 2008, by electronic filing.

                                        Respectively submitted,

                                        s/Ronald J. Clark
                                        Ronald J. Clark
                                        Attorney for Defendant

Ronald J. Clark
Attorney for Defendant Stephen Waltower
820 West Jackson Blvd., Suite 300
Chicago, Illinois 60607
312-307-0061