UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                           Case No.: 1:08−cr−00186
                                                            Honorable David H. Coar

Stephen Waltower

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 1, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion by Stephen Waltower to alter the terms of his release [41] and suppress as evidence the items seized in the search of the apartment at 161 N. Lamon, Chicago, Illinois, [14] are continued to 8/20/2008 at 9:30 a.m. Status hearing held on 8/1/2008. Status hearing set for 8/20/2008 at 9:30 a.m. Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.