## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                         Case No.: 1:08−cr−00186

                                                             Honorable David H. Coar

Stephen Waltower

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable David H. Coar:Status hearing held on 8/20/2008. The Court gives defendant two weeks to find a job. Defendant is allowed to job search Monday through Friday between the hours 8 a.m. to 5:30 p.m. Defendant is to report to pretrial services regarding his job search. Status hearing set for 9/3/2008 at 9:30 a.m. Motions to alter terms of release [41]and suppress [14] are continued to 9/3/2008 at 9:30 a.m. Mailed notice (tlp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.