**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA

                                       Plaintiff,

v.                                                         Case No.: 1:08−cr−00186
                                                             Honorable David H. Coar

Stephen Waltower

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

       MINUTE entry before the Honorable David H. Coar as to Stephen Waltower (1): Status hearing held on 9/3/2008. Motion hearing held on 9/3/2008.Motion to modify conditions of release [41] is continued to 9/23/2008 at 10:00 a.m. in reference to suitable employment for the defendant. Motion to suppress [14]/ supplement to motion to suppress [40] will be denied and the Court will issue a written decision. Jury Trial set for 11/17/2008 at 10:00 AM. Status hearing continued to 9/23/2008 at 10:00 AM.Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 9/12/2008. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.